UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                 File No: 1:07-CR-261-04

v.

                                 HON. ROBERT J. JONKER

ANTHONY RICHARD MARKOS,

        Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 160), and the transcript of the plea hearing. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law. Based on this, and on the Court's review of the transcript and all matters of record, IT IS ORDERED that:

      1.     The Report and Recommendation of the Magistrate Judge (docket # 160) is approved and adopted as the Opinion and Findings of this Court.

      2.     Defendant Anthony Richard Markos' plea of guilty to the Superseding Indictment is accepted. Defendant Anthony Richard Markos is adjudicated guilty and bond will be revoked at the time of reporting.

      3.     Defendant Anthony Richard Markos shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 p.m., June 10, 2008**. Defendant Anthony Richard Markos shall be detained pending sentencing, based on the mandatory provisions of 18 U.S.C. § 3143(a).

      4.     There is no written plea agreement in this case.

Dated:     June 4, 2008           /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE